# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# ORLANDO DIVISION

K.S., by and through DAVID and ALISHA SCOLES, as parents and natural guardians,

        Plaintiff,

-vs-

SCHOOL BOARD OF ORANGE COUNTY, FLORIDA,

        Defendants.

CASE NO.: 6:23-cv-00616

## NOTICE OF MEDIATION DATE

Pursuant to the Court's Case Management and Scheduling Order issued on September 6, 2023, the Plaintiff's counsel contacted all parties, and conferred and consulted with the mediator to reserve a mediation in compliance with the Court's mediation deadline of September 16, 2024. Plaintiff's counsel and Defendant's counsel have agreed upon August 28, 2024. All parties have agreed to a virtual mediation. Plaintiff's counsel has confirmed with and booked the mediator for this agreed upon date. Mediator, Kimberly Sands, will circulate the Zoom information.

**DATED: October 2, 2023**

/s/ *Michael Barber*
MICHAEL BARBER
FLORIDA BAR NO.: 092252
**LAW OFFICE OF MICHAEL D. BARBER, P.A.**
641 W Fairbanks Ave Ste 101
Winter Park, FL 32789-4765
(407) 890-8000
mbarber@devotedtojustice.com

/s/ *Lisa D. Haba*
LISA D. HABA
FLORIDA BAR NO.: 077535
**THE HABA LAW FIRM, P.A.**
1220 Commerce Park Dr., Suite 207
Longwood, FL 32779
(844) 422-2529
lisahaba@habalaw.com

*Attorneys for Plaintiff*