UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

K. S.,

        Plaintiff,

v.                                                            Case No: 6:23-cv-616-PGB-EJK

SCHOOL BOARD OF ORANGE
COUNTY, FLORIDA,

        Defendant.

### ORDER

This cause comes before the Court on Non-Party Florida Department of Children and Families' Agreed Motion to Seal Under Federal Rule of Civil Procedure 5.2 (the "Motion"), filed December 15, 2023. (Doc. 31) Therein, Non-Party Florida Department of Children and Families requests that the Court seal its Objection to Defendant's Subpoena to Produce Documents (Doc. 30) because the filing inadvertently contains the minor-child Plaintiff's full name and date of birth in violation of Federal Rule of Civil Procedure 5.2(a). (*Id.* at 1.)

Since Florida Department of Children and Families Counsel corrected this error by filing an updated objection to Defendant's Subpoena to Produce Documents that complies with Rule 5.2(a) (Doc. 32), the Motion is due to be granted in part to strike the improper filing at Docket Entry 30 and denied in part as to sealing the filed Objection.

Accordingly, the Motion (Doc. 31) is **GRANTED IN PART** and **DENIED IN PART**. The filing at Docket Entry 30 is **STRICKEN**. The Motion is otherwise **DENIED**.

**DONE** and **ORDERED** in Orlando, Florida on January 31, 2024.

EMBRY J. KIDD
UNITED STATES MAGISTRATE JUDGE