United States District Court
Middle District of Florida
Orlando Division

**K.S., BY AND THROUGH DAVID AND ALISHA SCOLES, AS PARENTS AND NATURAL GUARDIANS,**

   *Plaintiff,*

v.                                                                         NO. 6:23-cv-616-JSS-UAM

**SCHOOL BOARD OF ORANGE COUNTY, FLORIDA,**

   *Defendant.*

# Order

Based on discussions at today's hearing, the Court **directs** the parties to confer regarding consent to magistrate judge jurisdiction. If both parties consent, they must jointly execute and file the "Notice, Consent, and Reference of a Civil Action to a Magistrate Judge" (Form AO 85), by **March 31, 2025**. The form is available on the Court's website, www.flmd.uscourts.gov, under "forms." The parties "are free to withhold consent without adverse substantive consequences." *See* Fed. R. Civ. P. 73(b)(2) (quoted). If no notice is timely filed, the undersigned will presume one or both parties did not consent.

Based on counsel's agreement provided at the hearing, the clerk is **directed** to unseal the ex parte applications for approval of the division of attorney's fees, S-Docs. 44, 44-1, 47, 47-1, 47-2, 59, after redacting the minor's full name (leaving only the first and last initial) from the papers, *see* S-Doc. 47-2 at 1 (twice), 9 (twice).

**Ordered** in Jacksonville, Florida, on March 26, 2025.

_____
PATRICIA D. BARKSDALE
*United States Magistrate Judge*