United States District Court
Middle District of Florida
Orlando Division

**K.S., BY AND THROUGH DAVID AND
ALISHA SCOLES, AS PARENTS AND
NATURAL GUARDIANS,**

    *Plaintiff,*

v.                                        **NO. 6:23-cv-616-UAM**

**SCHOOL BOARD OF
ORANGE COUNTY, FLORIDA,**

    *Defendant.*

---

## Order

Based on the joint stipulation, Doc. 74, the Court **dismisses** the action with prejudice and **directs** the clerk to close the file. Each party must bear their own attorney's fees and costs.

**Ordered** in Jacksonville, Florida, on April 17, 2025.

PATRICIA D. BARKSDALE
*United States Magistrate Judge*